UNITED STATES of America,
Plaintiff–Appellee,

v.

Paul Bernard MITCHELL, Jr.,
Defendant–Appellant.

No. 14–6953.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 21, 2014.

Decided: Aug. 26, 2014.

Paul Bernard Mitchell, Jr., Appellant
Pro Se. J. Frank Bradsher, Timothy Seve-
ro, Seth Morgan Wood, Office of the Unit-
ed States Attorney, Raleigh, North Car-
olina, for Appellee.

Before SHEDD, AGEE, and KEENAN,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Paul Bernard Mitchell, Jr., appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Mitchell*, No. 5:09–cr–00382–H–1 (E.D.N.C. June 5, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*